**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
GURDEEP SINGH,

                        Plaintiff,

        -against-                                  25 **CIVIL** 7987 (LLS)

                                             **JUDGMENT**

ALL THE GOVERNMENTS IN THE WORLD,

                      Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 15, 2026, the complaint, filed in forma pauperis under 28 U.S.C. § 1915(a), is dismissed as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i).

The Court has denied Plaintiff's motions at ECF 10, 14, and 17 as frivolous; accordingly, the case is closed.

**Dated:** New York, New York

        January 20 2026

                                       **TAMMI M. HELLWIG**

                                          _____

                                        **Clerk of Court**

             **BY:**                K. mango

                                          _____

                                         **Deputy Clerk**